UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>(SMALL BUSINESS ADMINISTRATION)<br>    Plaintiff,<br><br>           v.<br><br>COMPU-TEC SERVICIOS EDUCATIVOS, INC.<br>    Defendants | CIVIL NO. 98-1198(JP)<br><br>FORECLOSURE OF MORTGAGE |

**MOTION FOR CANCELLATION OF LIS PENDENS**

TO THE HONORABLE COURT:

Plaintiff, United States of America, by its undersigned attorneys moves this Court for an order for the cancellation of Lis Pendens on the following real property, made by virtue of a Lis Pendens issued on this case.

> RUSTICA: Parcela radicada en el BARRIO CAÑABONCITO, del Término Municipal de Caguas, con una cabida superficial de 39764 cuerdas, en lindes por el Norte, con Gernaro Báez; por el Sur, con la Carretera Estatal No. 785; por el Este, con Blanca Longo; y por el Oeste, con la finca principal de la cual se segrega propiedad de Félix Rivera Ruíz. Es el remanente de la finca de este número luego de segregaciones y su descripción fue tomada según escritura No. 28, Otorgada en Caguas, el 8 de marzo del 1985, ante Moisés Muñiz Hernández, inscrita al folio 289 del tomo 763, finca No. 24876, inscripción 3ª.

THEREFORE, plaintiff requests from this Honorable Court that an order addressed to the Clerk of this Court be issued for a Writ of Cancellation of following Lis Pendens:

United States v. Compu-Tec Servicios Educativos, Inc.
Civil No. 98-1198(JP)
Page 2

>LIS PENDENS: In the U.S. District Court for the District of Puerto Rico, Civil Case No. 98-1198, followed by Small Business Administration versus Owners of this property, for collection of money, for the principal amount of $75,034.00 plus $13,410.61, in interests, presented on March 6th, 1998, recorded on June 17th, 1998 at page 291 of volume 763 of Caguas, property No. 24876, marginal notation "B".

In San Juan, Puerto Rico, this 2nd day of December, 2005.

>H.S. GARCIA
>United States Attorney
>
>
>s/AGNES I. CORDERO - USDC 126101
>Assistant U.S. Attorney
>Torre Chardón, Suite 1201
>350 Carlos E. Chardón Street
>San Juan, Puerto Rico  00918
>Tel. (787) 766-5656
>Fax. (787) 766-6219
>Agnes.Cordero@usdoj.gov