UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,
(SMALL BUSINESS ADMINISTRATION)
    Plaintiff,

      v.

COMPU-TEC SERVICIOS EDUCATIVOS, INC.
    Defendants

CIVIL NO. 98-1198(JP)

FORECLOSURE OF MORTGAGE

## WRIT FOR CANCELLATION OF LIS PENDENS

UNITED STATES OF AMERICA

    To the Honorable Property Registrar of Caguas, Section I, Puerto Rico, and the above named defendants.

    WHEREAS, the Honorable Judge of this Court has issued an Order in this case, dated _____ which copied literally, reads as follows:

### ORDER FOR CANCELLATION OF LIS PENDENS

    Upon motion by plaintiff, United States of America, it is hereby ORDERED that the Lis Pendens made on the real estate property described herein below by virtue of the Lis Pendens in Pendens be issued by the Clerk of this Court whereby the Registrar of the Property Registry of Caguas, Section II, Puerto Rico, shall be directed to cancel off record said Lis Pendens:

        RUSTICA: Parcela radicada en el BARRIO CAÑABONCITO, del Término Municipal de Caguas, con una cabida superficial de 39764 cuerdas, en lindes por el Norte, con Gernaro Báez; por el Sur, con la Carretera Estatal No. 785; por el Este, con Blanca Longo; y por el Oeste, con la finca principal de la cual se segrega propiedad de Félix Rivera Ruíz. Es el remanente de la finca de este número luego de segregaciones y su descripción fue tomada según escritura No. 28, Otorgada en Caguas, el 8 de marzo del 1985, ante Moisés Muñiz Hernández, inscrita al folio 289 del tomo 763, finca No. 24876, inscripción 3ª.

United States v. Compu-Tec Servicios Educativos, Inc.
Civil No. 98-1198(JP)
Page 6

Given at San Juan, Puerto Rico, this _____ day of
_____, 2005.

_____

UNITED STATES DISTRICT JUDGE

WHEREAS, you as Property Registrar of Caguas, Section I,

Puerto Rico, are hereby ordered to proceed by compliance with the

Order copied above, to cancel said liens described herein above.

San Juan, Puerto Rico, this_____ day of _____, 2003.

FRANCES RIOS DE MORAN, Clerk
United States District Court
For The District of Puerto Rico

_____

Deputy Clerk