UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA (SMALL BUSINESS ADMINISTRATION),<br><br>  Plaintiff,<br><br>  v.<br><br>COMPU-TEC SERVICIOS EDUCATIVOS, INC.,<br><br>  Defendant. | CIVIL NO. 98-1198 (JP) |

### ORDER FOR CANCELLATION OF *LIS PENDENS*

Upon motion by Plaintiff United States of America, it is hereby **ORDERED** that the *Lis Pendens* made on the real estate property described herein below by virtue of the *Lis Pendens* in *Pendens* be issued by the Clerk of this Court whereby the Registrar of the Property Registry of Caguas, Section II, Puerto Rico, shall be directed to cancel from the record said *Lis Pendens*:

> RUSTICA: Parcela radicada en el BARRIO CAÑABONCITO, del Término Municipal de Caguas, con una cabida superficial de 39764 cuerdas, en lindes por el Norte, con Gernaro Báez; por el Sur, con la Carretera Estatal No. 785; por el Este, con Blanca Longo; y por el Oeste, con la finca principal de la cual se segrega propiedad de Félix Rivera Ruíz. Es el remanente de la finca de este número luego de segregaciones y su descripción fue tomada según escritura No. 28, Otorgada en Caguas, el 8 de marzo del 1985, ante Moisés Muñiz Hernández, inscrita al folio 289 del tomo 763, finca No. 24876, inscripción 3ª.

Therefore, Plaintiff requests from this Honorable Court that an order addressed to the Clerk of this Court be issued for a Writ of Cancellation of the following *Lis Pendens*:

CIVIL NO. 98-1198 (JP)              -2-

> LIS PENDENS: In the U.S. District Court for the District of Puerto Rico, Civil Case No. 98-1198, followed by Small Business Administration versus Owners of this property, for collection of money, for the principal amount of $75,034.00 plus $13,410.61, in interests, presented on March 6th, 1998, recorded on June 17th, 1998 at page 291 of volume 763 of Caguas, property No. 24876, marginal notation "B".

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 5th day of December, 2005.

                                        s/Jaime Pieras, Jr.
                                    U.S. SENIOR DISTRICT JUDGE