UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>(SMALL BUSINESS ADMINISTRATION)<br>    Plaintiff,<br><br>        v.<br><br>COMPU-TEC SERVICIOS EDUCATIVOS, INC.<br>    Defendants | CIVIL NO. 98-1198(JP)<br><br>FORECLOSURE OF MORTGAGE |

**MOTION FOR CANCELLATION OF LIS PENDENS**

TO THE HONORABLE COURT:

   Plaintiff, United States of America, by its undersigned attorneys moves this Court for an order for the cancellation of Lis Pendens on the following real property, made by virtue of a Lis Pendens issued on this case.

> URBANA: Solar en la Calle Padilla El Caribe, esquina Campio Alonso, compuesto de nueve punto cuarenta centímetros (9.40) de frente por once punto cero cero metros (11.00) de fondo, iguales a ciento tres punto cuarenta metros cuadrados (103.40 m.c.), en lindes por el Norte, con Josefa Chapel viuda de Jiménez; por el Sur, con la Calle Campio Alonso; por el Este, con la Calle Padilla del Caribe; y por el Oeste, con Vincente La Torres. Enclava una edificación de hormigón armado y bloques de hormigón.
>
> Inscrita al folio 67, del tomo 306 finca 2706, Caguas II.

   THEREFORE, plaintiff requests from this Honorable Court that an order addressed to the Clerk of this Court be issued for a Writ of Cancellation of following Lis Pendens:

United States v. Compu-Tec Servicios Educativos, Inc.
Civil No. 98-1198(JP)
Page 2

> AVISO DE DEMANDA: Radicada en la Corte de Distrito de Estados Unidos de América, para el Distrito de Puerto Rico, Caso civil número noventa y ocho guión mil ciento noventa y ocho (98-1198), sobre Ejecución de Hipoteca, seguido por Estados Unidos de América (Small Business Administration) demandante, versus, Juan José León Soto, Rita María Lizardi López, y la Sociedad de gananciales compuesta por ellos, demandados, con fecha 20 de febrero de 1998, para responder por la suma de setenta y cinco mil treinta y cuatro dólares ($75,034.00), mis intereses, anotado al folio 153 del tomo 1,200 de Caguas, Anotación "A" con fecha 17 de junio de 1998.

In San Juan, Puerto Rico, this 27th day of June, 2008.

>ROSA EMILIA RODRÍGUEZ VÉLEZ
>United States Attorney
>
>s/AGNES I. CORDERO
>Assistant U.S. Attorney
>Torre Chardón, Suite 1201
>350 Carlos E. Chardón Street
>San Juan, Puerto Rico  00918
>Tel. (787) 766-5656
>Fax. (787) 766-6219
>Agnes.Cordero@usdoj.gov