```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF PUERTO RICO
```

| | |
|---|---|
| UNITED STATES OF AMERICA (SMALL BUSINESS ADMINISTRATION),<br><br>      Plaintiff<br><br>         v.<br><br>COMPU-TEC SERVICIOS EDUCATIVOS, INC.,<br><br>      Defendant | CIVIL NO. 98-1198 (JP) |

**ORDER FOR CANCELLATION OF *LIS PENDENS***

Upon motion by Plaintiff United States of America (No. 10), it is hereby **ORDERED** that the *Lis Pendens* made on the real estate property described herein below by virtue of the *Lis Pendens* in *Pendens* be issued by the Clerk of this Court whereby the Registrar of the Property Registry of Caguas, Section II, Puerto Rico, shall be directed to cancel from the record said *Lis Pendens*:

> URBANA: Solar en la Calle Padilla El Caribe, esquina Campio Alonso, compuesto de nueve punto cuarenta centímetros (9.40) de frente por once punto cero cero metros (11.00) de fondo, iguales a ciento tres punto cuarenta metros cuadrados (103.40 m.c.), en lindes por el Norte, con Josefa Chapel viuda de Jiménez; por el Sur, con la Calle Campio Alonso; por el Este, con la Calle Padilla del Caribe; y por el Oeste, con Vincente La Torres. Enclava una edificación de hormigón armado y bloques de hormigón. Inscrita al folio 67, del tomo 306, finca 2706, Caguas II.

CIVIL NO. 98-1198 (JP)            -2-

Therefore, Plaintiff requests from this Honorable Court that an order addressed to the Clerk of this Court be issued for a Writ of Cancellation of the following *Lis Pendens*:

> AVISO DE DEMANDA: Radicada en la Corte de Distrito de Estados Unidos de América, para el Distrito de Puerto Rico, Caso civil número noventa y ocho guión mil ciento noventa y ocho (98-1198), sobre Ejecución de Hipoteca, seguido por Estados Unidos de América (Small Business Administration) demandante, versus, Juan José León Soto, Rita María Lizardi López, y la Sociedad de gananciales compuesta por ellos, demandados, con fecha 20 de febrero de 1998, para responder por la suma de setenta y cinco mil treinta y cuatro dólares ($75,034.00), más intereses, anotado al folio 153 del tomo 1,200 de Caguas, Anotación "A" con fecha 17 de junio de 1998.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 29th day of July, 2008.

                                                  s/Jaime Pieras, Jr.
                                                  JAIME PIERAS, JR.
                                       U.S. SENIOR DISTRICT JUDGE