UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>(SMALL BUSINESS ADMINISTRATION)<br>    Plaintiff,<br><br>v.<br><br>COMPU-TEC SERVICIOS EDUCATIVOS, INC.<br>    Defendants | CIVIL NO. 98-1198(JP)<br><br>FORECLOSURE OF MORTGAGE |

## WRIT FOR CANCELLATION OF LIS PENDENS

UNITED STATES OF AMERICA

To the Honorable Property Registrar of Caguas, Section II, Puerto Rico, and the above named defendants.

WHEREAS, the Honorable Judge of this Court has issued an Order in this case, dated  JULY 29, 2008  which copied literally, reads as follows:

## " ORDER FOR CANCELLATION OF *LIS PENDENS*

Upon motion by Plaintiff United States of America (No. 10), it is hereby **ORDERED** that the *Lis Pendens* made on the real estate property described herein below by virtue of the *Lis Pendens* in *Pendens* be issued by the Clerk of this Court whereby the Registrar of the Property Registry of Caguas, Section II, Puerto Rico, shall be directed to cancel from the record said *Lis Pendens*:

> URBANA: Solar en la Calle Padilla El Caribe, esquina Campio Alonso, compuesto de nueve punto cuarenta centímetros (9.40) de frente por once punto cero cero metros (11.00) de fondo, iguales a ciento tres punto cuarenta metros cuadrados (103.40 m.c.), en lindes por el Norte, con Josefa Chapel viuda de Jiménez; por el Sur, con la Calle Campio Alonso; por el Este, con la Calle Padilla del Caribe; y por el Oeste, con Vincente La Torres. Enclava una edificación de hormigón armado y bloques de hormigón. Inscrita al folio 67, del tomo 306, finca 2706, Caguas II.

Civil No. 98-1198(JP)            -2-

    Therefore, Plaintiff requests from this Honorable Court that an order addressed to the Clerk of this Court be issued for a Writ of Cancellation of the following *Lis Pendens*:

    AVISO DE DEMANDA: Radicada en la Corte de Distrito de Estados Unidos de América, para el Distrito de Puerto Rico, Caso civil número noventa y ocho guión mil ciento noventa y ocho (98-1198), sobre Ejecución de Hipoteca, seguido por Estados Unidos de América (Small Business Administration) demandante, versus, Juan José León Soto, Rita María Lizardi López, y la Sociedad de gananciales compuesta por ellos, demandados, con fecha 20 de febrero de 1998, para responder por la suma de setenta y cinco mil treinta y cuatro dólares ($75,034.00), más intereses, anotado al folio 153 del tomo 1,200 de Caguas, Anotación "A" con fecha 17 de junio de 1998.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 29th day of July, 2008.

                                                                      _s/Jaime Pieras, Jr._
                                                                         JAIME PIERAS, JR.
                                                     U.S. SENIOR DISTRICT JUDGE "

Civil No. 98-1198(JP)                -3-

WHEREAS, you as Property Registrar of Caguas, Section II, Puerto Rico, are hereby ordered to proceed by compliance with the Order copied above, to cancel said liens described herein above.

San Juan, Puerto Rico, this 10th day of September, 2008.

                                        FRANCES RIOS DE MORAN, Clerk
                                        United States District Court
                                        For The District of Puerto Rico


                                        _____
                                                   Deputy Clerk